FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 2 7 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## **EXHIBIT A: STIPULATED FACTS – ALVIZURES-OLIVA**

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **JUAN ALVIZURES-OLIVA** ("**OLIVA**"), was a resident of Hyattsville, Maryland.

On or about February 20, 2011, **OLIVA** was babysitting K.L., a four year old female, to whom he is related. **OLIVA** had K.L. remove her clothing and place her hands on his penis. **OLIVA** then put lotion in K.L.'s hands and had K.L. rub his penis to masturbate him. **OLIVA** had K.L. lie on a towel naked and hold her leg up, exposing her genitalia. **OLIVA** took a photo of K.L. with her vagina displayed in a lascivious manner.

K.L.'s mother reported the incident and K.L. was subsequently interviewed. K.L. told law enforcement that **OLIVA** removed her clothes, placed lotion in her hand, and put her hand on his penis and rubbed his penis back and forth. She also stated that **OLIVA** took a picture with his phone.

On April 4, 2011, **OLIVA** was interviewed regarding his actions with K.L. on February 20, 2011. **OLIVA** confessed to removing K.L.'s clothing and placing her hand on his penis to masturbate him. **OLIVA** also confessed to taking a photo of K.L. naked and holding her leg up with her vagina exposed. He advised that he used his cell phone to take the photo.

**OLIVA**'s cell phone and home computer were seized and forensically examined by law enforcement. **OLIVA**'s cell phone contained one photo depicting K.L. nude, on a towel holding her leg in the air. The picture depicts the lascivious exhibition of K.L.'s genitalia. The photo had been adapted to incorporate a border depicting a football field. The photo had been renamed to the victim's first name followed by ".jpg."

An examination of **OLIVA**'s computer revealed that the photo of K.L. had been uploaded onto the computer for availability to distribute.

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it.  I do not wish to change any part of it.

_2-30-12_
Date

_____
Juan Alvizures-Oliva

I am Juan Alvizures-Oliva's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

_8/30/12_
Date

_____
Lisa Lunt, Esq.

9